## SATTERLEE STEPHENS BURKE & BURKE LLP

MetroPark
33 Wood Avenue South
Suite 600
Iselin, New Jersey 08830
(732) 603-4966

230 PARK AVENUE
NEW YORK, NY 10169
(212) 818-9200

FAX (212) 818-9606
www.ssbb.com

E-Mail: wsaurack@ssbb.com
Direct Dial: (212) 404-8703

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-4-12

**MEMO ENDORSED**

June 1, 2012

RECEIVED
JUN 0 1 2012
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

**BY HAND**

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*[Handwritten endorsement:] This Court likely cannot order the Clerk of another District to transfer funds. Application should be made to the District of New Jersey. SO ORDERED. /s/ PKC USDJ 6-1-12*

Re:   The Northwestern Mutual Life Insurance Company
      v. Steven Litt and Tracey Copple-Litt
      <u>12 Civ. 2514 (PKC) – SDNY</u>

Dear Honorable Castel:

   We represent defendant Steven Litt in the above referenced matter. Enclosed please find an Order for the Court's consideration, which has been consented to by all the parties in this case.

Respectfully submitted,

/s/ Walter A. Saurack
Walter A. Saurack

WAS/jc

Enclosure

cc:   Richard Peskin (w/encl.)(via fax)

1432906_1