Walter A. Saurack (wsaurack@ssbb.com)
Satterlee Stephens Burke & Burke LLP
33 Wood Avenue South
Suite 600
Iselin, New Jersey 08830
Tel: (732) 603-4966
Fax: (732) 603-4977

*Attorneys for Defendant Steven Litt*

*[Handwritten annotation:]* 12 Civ. 2514 (PKC)
The sum of $1,153,236.85 plus accumulated interest, if any, shall be received into the Court's Registry and shall be placed into an interest bearing account. SO ORDERED. [signature], USDJ 6-11-12

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN LITT and TRACY COPPLE-LITT,<br><br>Defendants. | Civil Action No. 2:11-cv-06456-WHW-MCA<br><br>**ORDER DIRECTING TRANSFER OF DEPOSITED MONEY FROM THE DISTRICT OF NEW JERSEY TO THE SOUTHERN DISTRICT OF NEW YORK** |

WHEREAS this case was commenced in the United States District Court of New Jersey; and on April 2, 2012 a Consent Order was entered transferring the case from the District of New Jersey to the United States District Court, Southern District of New York;

WHEREAS there remains in the District of New Jersey Court Registry the sum of $1,153,236.85, which represents monies deposited, pursuant to a Consent Judgment dated March 13, 2012.

WHEREAS, the remaining parties in this action jointly request that the Court issue a check in the amount of $1,153,236.85, plus all accumulated interest, if any, payable to the "Clerk of the Court - Southern District of New York" to be held by the Southern District until the matter is resolved by the Southern District.

*[Stamp:]* USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 6-11-12

1

1420835_1

It is THEREFORE ORDERED that $1,153,236.85, together with accumulated interest, currently held in District of New Jersey Court Registry in connection with this matter be paid to the "Clerk of the Court - Southern District of New York".

Dated: Iselin, New Jersey
       June 5, 2012

_____
HONORABLE WILLIAM H. WALLS, U.S.D.J.